# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

JONATHAN CASSELMAN,

                                                 CIVIL NO.: 11-CV-252 RHK/FLN

        Plaintiff,

v.

JACOBSON & ASSOCIATES, LLC,        **ORDER FOR DISMISSAL**

        Defendant.

_____

    Based upon the Notice of Voluntary Dismissal without Prejudice (Doc. No. 4) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** on the merits and without costs or disbursements to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 5, 2011                      s/ Richard H. Kyle_____
                                                 RICHARD H. KYLE
                                                 United States District Judge